The Albany County Bank, Respondent, v. The Burton and Corey Cider and Vinegar Company, Appellant.— Judgment affirmed, with costs.— Appeal by the defendant, the Burton and Corey Cider and Vinegar Company, from an order and a judgment of the County Court of Albany County in favor of the plaintiff, entered in the office of the clerk of the county of Albany on the 2d day of June, 1893, affirming a judgment entered in the City Court of Albany on the 5th day of August, 1892.—

PUTNAM, J.: Whether or not Burton was authorized to borrow money for defendant was,

under the evidence in the case, a question of fact for the trial court. On that question we are unable to hold that he did not reach a correct conclusion. (*Fifth Nat. Bank of Providence* v. *Navassa Phosphate Co.*, 119 N. Y. 256; *Marine Bank of Buffalo* v. *Butler Colliery Co.*, 23 N. Y. St. Repr. 318; 125 N. Y. 695; *Kraft* v. *Freeman Print. & Pub. Asso.*, 87 id. 628.) The liability of defendant to Van Natta, if any, arose at the time the loan was made. The fact that afterwards and after Van Natta had commenced an action against defendant, he was uncertain whether or not Burton was authorized to make the loan and accepted his money from plaintiff, does not, we think, in any manner affect the liability of defendant. At the most the transaction shows that Van Natta was in doubt as to such liability. The judgment should be affirmed, with costs. Mayham, P. J., and Herrick, J., concurred.

